ACCEPTED
01-15-00124-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 2:04:40 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00124-CV

| | | |
|---|---|---|
| **SUNBELT RENTALS, INC.** | § | **IN THE 1ˢᵗ COURT OF APPEALS** |
| | § | |
| **VS.** | § | |
| | § | |
| **SOUTHWEST PIPE** | § | |
| **SERVICES, INC. AND** | § | |
| **JOE BRIERS** | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/29/2015 2:04:40 PM

CHRISTOPHER A. PRINE
Clerk

### DEFENDANTS', SOUTHWEST PIPE SERVICES, INC. AND JOE BRIERS MOTION FOR CONTINUANCE TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Defendants, Southwest Pipe Services, Inc and Joe Briers, (hereinafter "SWP") and files this their Motion for Continuance to File Brief and will respectfully show this Honorable Court the following:

SWP's brief is currently due June 1, 2015. Counsel for Appellants has been working diligently to complete the brief, however, it will not be completed by the deadline prescribed by the Court. Further, Counsel for Appellants has been assigned to trial in Fort Bend County beginning June 2, 2015. Therefore, Appellants request a continuance for the filing of the brief of at least 15 days.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that the due date for the brief be extended at least 15 days fom June 1, 2015.

Respectfully submitted,

**JASON A. POWERS, ATTORNEY**



_____
**Jason A. Powers**
SBOT 24027745
PO Box 272425
Houston, Texas 77277
Tele:   (832) 647-8493
Fax:    (832) 415-0593
jason@jasonapowers.com

ATTORNEY FOR DEFENDANTS


## CERTIFICATE OF SERVICE

This is to certify that on May 29, 2015, a true and correct copy of the foregoing instrument has been sent to all counsel of record in accordance with the Texas Rules of Civil Procedure.

_____
**Jason A. Powers**